# GALLO VITUCCI KLAR LLP

WWW.GVLAW.COM

Nadine Ibrahim
Associate
Midtown Office
nibrahim@gvlaw.com
201-343-1166 ext. 124

May 3, 2024

Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York

Re: *Tasnia Zahin v. Juan Carlos Cardone Barrientos, et al*
Index No.: 1: :23-cv-09474-EK-RML

Honorable Levy,

Please allow this letter to serve as a joint status letter on behalf of the parties as directed to submit per Your Honor's April 4, 2024 Order.

The parties have not been idle since the initial conference. The parties have exchanged significant paper discovery, including interrogatories and numerous requests for production. Further, the plaintiff's deposition has been scheduled for May 15, 2024, and the Defendant's deposition has been scheduled for May 30, 2024.

The parties thank you for your time and consideration to this matter.

Counsel for the Parties:

JAMES L. FORDE FOR PLAINTIFF
Law Office of Omrani & Taub, P.C.
75-26 Broadway
Elmhurst, New York 11373
(212) 714-1515
jforde@omraniandtaub.com

NADINE IBRAHIM FOR DEFENDANTS
Gallo Vitucci Klar, LLP
90 Broad Street, 12th Floor
New York, New York 10004
(212) 683-7100
nibrahim@gvlaw.com

Very truly yours,

GALLO VITUCCI KLAR LLP

*Nadine Ibrahim*
Nadine Ibrahim

Manhattan 90 Broad Street, Suite 1202, New York, NY 10004; New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601
Westchester 1 Bridge Street, Suite 104, Irvington, NY 10533; Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
Midtown 630 3rd Avenue, 3rd Floor, New York, NY 10017

Including the former operations of Rubin, Fiorella, Friedman & Mercante LLP