LAW OFFICES OF

# OMRANI & TAUB, P.C.

**488 MADISON AVENUE – 20th FLOOR**
**NEW YORK, NEW YORK 10022**
TEL: (212) 714-1515
FAX: (212) 599-5551

**(212) "LAW-SUIT"**

WWW.OMRANITAUB.COM
WWW.212LAWSUIT.COM

**PARTNERS**
MICHAEL A. TAUB, ESQ.
ALEX A. OMRANI, ESQ.
ISAAC ARASTEH, ESQ.

**ASSOCIATE ATTORNEYS**
JAMES L. FORDE, ESQ.
AVI DAVIDOV, ESQ.
DEAN PAVLOS, ESQ.
JOSEPH LEVY, ESQ.
ANGELA WILLIAMS, ESQ.
MOHAMMED AYOUB, ESQ.

**QUEENS OFFICES:**
80-01 Broadway
Elmhurst, NY 11373
(718) 714-1515

75-26 Broadway
Elmhurst, NY 11373
(718) 714-1515

**WESTCHESTER OFFICE:**
76 S. Lexington Ave.
White Plains, NY 10606
(914) 714-1515

September 26, 2024

**VIA ECF:**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re:   Tasnia Zahin v. Juan Carlos Cardone Barrientos, et al
       Index No.: 1:23-cv-09474-EK-RML

Dear Honorable Levy,

Please allow this letter to serve as a joint status letter on behalf of the parties as directed to submit at the status conference held on September 12, 2024.

Please be advised that on April 25, 2024, Plaintiff underwent a lumbar discectomy at L5/S1. We are in the process of providing supplemental interrogatories reflecting same. As discussed at the last status conference, Plaintiff is currently undergoing pre-surgical testing for cervical spine surgery at C4/C5 levels at a pending date.

Aside from the surgical records and authorizations to be exchanged, Plaintiff demanded Defendants to disclose the separately registered trailer's insurance coverage. Defendants have provided the trailer's registration, and we anticipate a supplemental response disclosing the trailer's insurance coverage. Plaintiff also seeks to depose co-driver Esteban Diaz Cardona, and Defendants have recently exchanged his last known address.

The parties hereby request an extension of time to complete discovery in this matter.

Respectfully,

*James L. Forde*
JAMES L. FORDE, ESQ.

cc. via ECF:
GALLO VITUCCI KLAR LLP
*Attorneys for Defendants*
90 Broad Street, 12th Floor
New York, New York 10004
(212) 683-7100
File No.: PROG.2023085