**GALLO VITUCCI KLAR LLP**

WWW.GVLAW.COM

Nadine Ibrahim
(732) 575-8061
nibrahim@gvlaw.com

March 26, 2025

Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York

           Re: *Tasnia Zahin v. Juan Carlos Cardone Barrientos, et al*
           Index No.: 1: :23-cv-09474-EK-RML

Honorable Levy,

      This firm represents defendants in the above entitled matters. The parties write jointly to pursuant to the Court's February 26, 2025 Order to provide a status report. The plaintiff underwent her pre-surgical MRIs on February 28, 2025, and had a follow-up appointment scheduled for March 25, 2025 to discuss her options. Unfortunately, Plaintiff became ill earlier this week and had to re-schedule the follow-up appointment from March 25 to this Friday, March 28, 2025. Plaintiff anticipates making a surgical decision after said follow up.

      Despite diligent efforts, Defendants have not been able to locate the owner of the trailer.

      Plaintiff is requesting guidance from the Court regarding locating the owner of the trailer and requests that a conference be scheduled to address the issue.

      The parties thank you for your time and consideration to this matter.

                                            Respectfully submitted,

                                            Nadine Ibrahim